AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00050 |
| | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 1/13/2021 |
| JOHN EARLE SULLIVAN | ) | Description: Complaint w/ Arrest Warrant |
| ███████████ | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 6, 2021___ in the county of _____ in the
_____ District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 18 U.S.C. §§ 231(a)(3) & 2 | Civil Disorders |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Fouler, Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

Date: ___01/13/2021___                        Robin M. Meriweather
                                              2021.01.13 17:59:46 -05'00'
*Judge's signature*

City and state: ___Washington, D.C.___        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*