# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

JOHN EARLE SULLIVAN
*Defendant*

) 
) 
) Case No. 21-mj-50
) 
) 
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John Sullivan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violations of 18 U.S.C. 1752(a), 18 U.S.C. §§ 231(a)(3) & 2 and 40 U.S.C. 5104(e)(2).

Date: 01/13/2021

Robin M. Meriweather
2021.01.13 18:24:23 -05'00'

*Issuing officer's signature*

City and state: Washington D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: John Earle Sullivan

Known aliases:

Last known residence: 213 W Civic Center Apt. 169, Sandy, UT

Prior addresses to which defendant/offender may still have ties: 1235 Wilmington Ave, #411, Salt Lake City, UT

Last known employment: Proof Point

Last known telephone numbers: 801-946-2338, 801-386-1049

Place of birth: United States

Date of birth: 07/18/1994

Social Security number: 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

Height: 6'00"     Weight: 180

Sex: MALE         Race: Black/African American

Hair: Black       Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: Weapons violation; disorderly conduct; assault with a firearm; criminal mischief

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: J9EJVPJWF

Complete description of auto: Mercedes-Benz CLA (white), license plate number N998P

Investigative agency and address: Federal Bureau of Investigation, 5425 W Amelia Earhart Drive, Salt Lake City, UT 84116

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: