UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Case: 1:21-mj-00050
Assigned To : Meriweather, Robin M.
Assign. Date : 1/13/2021
Description: Complaint w/ Arrest Warrant

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : **VIOLATIONS:** |
| **JOHN EARLE SULLIVAN,** | : **18 U.SC. §§ 231(a)(3), 2** |
| Defendant. | : **(Civil Disorders)** |
| | : |
| | : **18 U.S.C. § 1752(a)** |
| | : **(Restricted Building or Grounds)** |
| | : |
| | : **40 U.S.C. § 5104(e)(2)** |
| | : **(Violent Entry or Disorderly Conduct)** |

## ORDER

Upon consideration of the Government's Motion to Seal the Criminal Complaint and Arrest Warrant, concerning the above-defendant, it is hereby

**ORDERED** that the Motion is **GRANTED**, and that the Criminal Complaint, the Affidavit of the United States for the Criminal Complaint, Arrest Warrant, and the Government's Motion to Seal, and this corresponding Order be sealed until further order of this Court; and

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal complaint and arrest warrant in furtherance of its law enforcement and prosecution needs and discovery obligations;

**ORDERED** that upon execution of the arrest warrant in this case, the charging documents shall be unsealed.

Date: January 13, 2021

Robin M. Meriweather
2021.01.13 17:58:45
-05'00'

HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

5