MARY C. CORPORON #734
Attorney at Law
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
mary.corporon@chrisjen.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN EARLE SULLIVAN,<br><br>Defendant. | WAIVER OF RULE 5 AND 5.1 HEARINGS<br>(COMPLAINT OR INDICTMENT)<br><br>Case No. 2:21-mj-00014-DAO-1<br><br>Magistrate Judge Daphne Oberg |

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand;

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim P. 20, to plead guilty.

I agree to waiver my right(s) to:

\_\_\_  an identity hearing and production of the warrant.

\_\_\_  a preliminary hearing.

\_\_\_  a detention hearing.

 X   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary hearing to which I may be entitled in this district.  I request that my  X  preliminary hearing and/or any further hearing on the issue of my detention  (as I have been released pretrial) be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

DATE: 1/25/2020

JOHN EARLE SULLIVAN
Defendant

DATE: January 25, 2021

/s/ Mary C. Corporon
Mary C. Corporon
Attorney for Defendant