Case 2:21-mj-00014-DAO Document 12 Filed 01/27/21 PageID.43 Page 1 of 2

PS8 - D/UT 02/19

FILED
2021 JAN 27
CLERK
U.S. DISTRICT COURT

UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

# Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant: John Earle Sullivan                    Docket Number:  2:21-00014M-001

Name of Judicial Officer:    Honorable Daphne A. Oberg
                             U.S. Magistrate Judge

Date of Release:    January 15, 2021

## PETITIONING THE COURT

To issue a Summons: ███████████████████████

## CAUSE

The probation officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about January 17, 2021, the defendant failed to comply with the provisions outlined in Appendix A - Limited Internet Access (Computer and internet use, as approved) of the United States Probation and Pretrial Services Office Computer and Internet Monitoring Program.

Evidence in support of this allegation is contained in the reports of the Pretrial Services Office.

**Allegation No. 2:** On or about January 18, 2021, the defendant failed to comply with the provisions outlined in Appendix A - Limited Internet Access (Computer and internet use, as approved) of the United States Probation and Pretrial Services Office Computer and Internet Monitoring Program.

Evidence in support of this allegation is contained in the reports of the Pretrial Services Office.

**Allegation No. 3:** On or about January 19, 2021, the defendant failed to comply with the provisions outlined in Appendix A - Limited Internet Access (Computer and internet use, as approved) of the United States Probation and Pretrial Services Office Computer and Internet Monitoring Program.

Evidence in support of this allegation is contained in the reports of the Pretrial Services Office.

**Allegation No. 4:** On or about January 26, 2021, the defendant failed to comply with the provisions outlined in Appendix A - Limited Internet Access (Computer and internet use, as approved) of the United States Probation and Pretrial Services Office Computer and Internet Monitoring Program.

Evidence in support of this allegation is contained in the reports of the Pretrial Services Office.

John Earle Sullivan
2:21-00014M-001

I declare under penalty of perjury that the foregoing is true and correct.

By    Josh Cahoon
U.S. Pretrial Services Officer
Date: January 27, 2021

**THE COURT ORDERS:**

☑ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____

_____
Honorable Daphne A. Oberg
U.S. Magistrate Judge

Date: **January 27, 2021**