MARY C. CORPORON #734
JONATHAN T. NISH, #14739
Attorneys at Law
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
mary.corporon@chrisjen.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JOHN EARLE SULLIVAN,<br><br>　　　Defendant. | NOTICE OF CASE STATUS<br><br>Case No. 2:21-mj-00014-DAO-1<br>Magistrate Judge Daphne Oberg |

　　　COMES NOW the Defendant, John Earle Sullivan, by and through counsel, Mary C. Corporon, and hereby advises the above-entitled court, as follows:

　　　1.　　This matter has been transferred to the District of Columbia. A hearing has been conducted in the District of Columbia, and the Petition regarding the Defendant's alleged violation of the conditions of his release is set for hearing in the District of Columbia; and,

　　　2.　　The hearing scheduled herein, in Utah, for Monday, February 8, 2021, should be stricken.

DATED this 4th day of February, 2021.

/s/ *Mary C. Corporon*
Mary C. Corporon
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of foregoing to be electronically filed with the Court e-filing system, which sends automated notification of such filing to the Prosecution, this 4th day of February, 2021.

/s/ *Michelle Beddoes Yeates*